UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| International Longshoremen's Association Warehouse Workers Local 1504-8 et al., § § § Plaintiff, § v. § § § § South Atlantic & Gulf Coast District, § International Longshoremen's Association, § AFL-CIO, § § Defendants. § | CIVIL ACTION NO. 3:07-cv-00494 |

## MEMORANDUM AND ORDER

Plaintiff International Longshoreman's Association Warehouse Workers Local 1504-8 should obtain counsel by February 1, 2009. If it is unable to obtain counsel, its claims will be dismissed without prejudice. The individually named Plaintiffs may proceed *pro se*.

**IT IS SO ORDERED**.

SIGNED at Houston, Texas, on this the ___10___ day of December, 2008.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.