UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION WAREHOUSE WORKERS LOCAL 1504-8, et al., <br><br> Plaintiffs, <br> v. <br><br> SOUTH ATLANTIC & GULF COAST INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, <br><br> Defendant. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 3:07-cv-494 |

## MEMORANDUM AND ORDER

Defendants' Motion to Dismiss is **GRANTED** as to Plaintiff International Longshoremen Association Warehouse Workers Local 1504-8. The individually named Plaintiffs are free to proceed with their claims against Defendants.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 23rd day of March, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.